UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2802-MWF(KSx)**                              Dated: **January 8, 2018**

Title:     Tamara Jackson -v- Envoy Air, Inc., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                           None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE SANCTIONS

The Court, on its own motion, ORDERS that counsel for the parties show cause in writing on or before **January 16, 2018**, why sanctions should not be imposed for failure to file the Joint Status Report as ordered by the Court on **November 7, 2017, Docket Entry [25].**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response or Joint Status Report on or before the above date. *Failure to respond to the Court's order may result in dismissal of the action.*

MINUTES FORM 90                                      Initials of Deputy Clerk   cw
CIVIL - GEN